Nunzio Fazio, an Infant, by Frank Fazio, His Guardian ad Litem, and Frank Fazio, Respondents, v. Nathan Marks, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Joseph Berenson, Respondent, v. Max Cohen, Respondent, and The City of New York, Appellant.— Appeal from that part of the judgment which dismisses the complaint as to the defendant Max Cohen dismissed, with costs to said defendant against the appellant. Judgment in favor of the plaintiff and against the defendant The City of New York affirmed, with costs to the plaintiff, respondent, against the appellant. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Paul Ostopchuk and Another, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

President and Directors of the Manhattan Company, as Trustee under Trust Agreement Dated April 1, 1925, between Prudence-Bonds Corporation and President and Directors of the Manhattan Company, Appellant, v. The Prudence Company, Inc., and Prudence-Bonds Corporation, Respondents.— Order modified by striking out the second affirmative defense, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Joseph Gutterman, Appellant, v. James Auerbach, a Marshal of the City of New York, and Others, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [152 Misc. 640.]

Anita Schultz, Appellant, v. State Mutual Life Assurance Company of Worcester, Mass., Respondent.*— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

Flora Margolis, Respondent, v. Irving Trust Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

William J. P. Eckles, Respondent, v. Gardiner S. Dresser and Others, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Economy Combustion Engineering Corporation, Respondent, Appellant, v. Reo Operating Co., Inc., Defendant, Impleaded with Criterion Holding Co., Inc., Appellant, Respondent.— Order modified by further granting motion of defendant Criterion Holding Co., Inc., to strike out the second cause of action, and as so modified affirmed, with twenty dollars costs and disbursements to the said defendant, on the ground that there is no allegation that there was sufficient money in said defendant's hands as assignee of the rents to discharge all of the obligations to which the rents were applicable. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Cain P. Cole, Appellant, v. First African Methodist Episcopal Bethel Church, Inc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

* Affg. 153 Misc. ——.